| United States Bankruptcy Court<br>Middle District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ABECO DIE CASTING, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**62-1173007** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1424 HIGGS ROAD**<br>**Lewisburg, TN**<br>ZIP Code **37091** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Marshall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX 2697**<br>**Lewisburg, TN**<br>ZIP Code **37091** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ABECO DIE CASTING, INC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**ABECO DIE CASTING, INC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Steven L. Lefkovitz**
Signature of Attorney for Debtor(s)

**Steven L. Lefkovitz 5953**
Printed Name of Attorney for Debtor(s)

**LEFKOVITZ & LEFKOVITZ**
Firm Name

**618 CHURCH ST.,  #410**
**NASHVILLE, TN 37219**

_____
Address

**Email: slefkovitz@lefkovitz.com**
**615-256-8300  Fax: 615-255-4516**
Telephone Number

**October  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ RAY BROOKS**
Signature of Authorized Individual

**RAY BROOKS**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**October  1, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **ABECO DIE CASTING, INC**          Case No.

                                               Debtor(s)        Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 1, 2010**                       **/s/ Steven L. Lefkovitz**
                                                **Steven L. Lefkovitz 5953**
                                                **LEFKOVITZ & LEFKOVITZ**
                                                  **618 CHURCH ST., #410**
                                                  **NASHVILLE, TN 37219**
                                                  **615-256-8300  Fax: 615-255-4516**
                                                  **slefkovitz@lefkovitz.com**

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **ABECO DIE CASTING, INC**

                                        Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **SHAPIRO METALS**<br>**601 EAST RED BUD**<br>**Saint Louis, MO 63147** | **SHAPIRO METALS**<br>**601 EAST RED BUD**<br>**Saint Louis, MO 63147** | | | **417,683.92** |
| **RAY & DONNA BROOKS**<br>**881 TODD AVE**<br>**Lewisburg, TN 37091** | **RAY & DONNA BROOKS**<br>**881 TODD AVE**<br>**Lewisburg, TN 37091** | **UNPAID WAGES** | | **157,834.90** |
| **METAL STRATEGIES, LLC**<br>**P.O. BOX 11464**<br>**Chattanooga, TN 37401** | **METAL STRATEGIES, LLC**<br>**P.O. BOX 11464**<br>**Chattanooga, TN 37401** | | | **66,816.64** |
| **HARMON SCRAP METAL, LLC**<br>**122 OSTELLA RD**<br>**P.O. BOX 104**<br>**Cornersville, TN 37047** | **HARMON SCRAP METAL, LLC**<br>**122 OSTELLA RD**<br>**P.O. BOX 104**<br>**Cornersville, TN 37047** | | | **60,413.80** |
| **TRACE DIE CAST**<br>**2512 RELIABLE PKWY.**<br>**Chicago, IL 60686** | **TRACE DIE CAST**<br>**2512 RELIABLE PKWY.**<br>**Chicago, IL 60686** | | | **41,539.32** |
| **IRS**<br>**PO BOX 21126**<br>**PHILADELPHIA PA 19114** | **IRS**<br>**PO BOX 21126**<br>**PHILADELPHIA PA 19114** | | | **37,608.87** |
| **DIECO TOOL & DIE**<br>**P.O. BOX 3499**<br>**Florence, AL 35630** | **DIECO TOOL & DIE**<br>**P.O. BOX 3499**<br>**Florence, AL 35630** | | | **28,705.00** |
| **MARSHALL CO TRUSTEE**<br>**1102 COURTHOUSE ANNEX**<br>**LEWISBURG TN 37091** | **MARSHALL CO TRUSTEE**<br>**1102 COURTHOUSE ANNEX**<br>**LEWISBURG TN 37091** | **2008** | | **28,608.00** |
| **QUALITY MOLD & DIE CO., INC.**<br>**P.O. BOX 342**<br>**Cherokee, AL 35616** | **QUALITY MOLD & DIE CO., INC.**<br>**P.O. BOX 342**<br>**Cherokee, AL 35616** | | | **26,230.00** |
| **MARSHALL CO TRUSTEE**<br>**1102 COURTHOUSE ANNEX**<br>**LEWISBURG TN 37091** | **MARSHALL CO TRUSTEE**<br>**1102 COURTHOUSE ANNEX**<br>**LEWISBURG TN 37091** | **2009** | | **24,072.00** |
| **MARSHALL COUNTY**<br>**% ROGER BRANDON**<br>**PO BOX 1143**<br>**Lewisburg, TN 37091** | **MARSHALL COUNTY**<br>**% ROGER BRANDON**<br>**PO BOX 1143**<br>**Lewisburg, TN 37091** | **2007** | | **21,848.07** |

In re  **ABECO DIE CASTING, INC** _____  Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| DURA MOLD<br>% ELINOR FOSTER, MARSHALL CO. COURT CLER<br>301 MARSHALL CO. COURTHOUSE<br>Lewisburg, TN 37091 | DURA MOLD<br>% ELINOR FOSTER, MARSHALL CO. COURT CLER<br>301 MARSHALL CO. COURTHOUSE<br>Lewisburg, TN 37091 | | | 15,107.49 |
| CITY OF LEWISBURG<br>PO BOX 1968<br>Lewisburg, TN 37091 | CITY OF LEWISBURG<br>PO BOX 1968<br>Lewisburg, TN 37091 | 2008 | | 12,592.00 |
| CITY OF LEWISBURG<br>PO BOX 1968<br>Lewisburg, TN 37091 | CITY OF LEWISBURG<br>PO BOX 1968<br>Lewisburg, TN 37091 | 2009 | | 10,595.00 |
| SEMCO, INC.<br>P.O. BOX 561<br>Marion, OH 43301-0561 | SEMCO, INC.<br>P.O. BOX 561<br>Marion, OH 43301-0561 | | | 6,085.29 |
| SPECTRO ANALYTICAL INSTRUMENTS<br>P.O. BOX 200957<br>Houston, TX 77216-0957 | SPECTRO ANALYTICAL INSTRUMENTS<br>P.O. BOX 200957<br>Houston, TX 77216-0957 | | | 5,514.42 |
| AMERIGAS<br>115 MARTIN AVE SOUTH<br>Lewisburg, TN 37091 | AMERIGAS<br>115 MARTIN AVE SOUTH<br>Lewisburg, TN 37091 | | | 5,018.44 |
| J & G EQUIPMENT COMPANY<br>1600 KINNARD DR.<br>Franklin, TN 37064 | J & G EQUIPMENT COMPANY<br>1600 KINNARD DR.<br>Franklin, TN 37064 | | | 4,956.60 |
| TN DEPT REVENUE<br>C/O TN ATTY GEN BK UNIT<br>PO BOX 20207<br>NASHVILLE, TN 37202 | TN DEPT REVENUE<br>C/O TN ATTY GEN BK UNIT<br>PO BOX 20207<br>NASHVILLE, TN 37202 | | | 4,717.00 |
| CITY OF LEWISBURG<br>% WILLIAM HAYWOOD<br>104 BELFAST AVE<br>Lewisburg, TN 37091 | CITY OF LEWISBURG<br>% WILLIAM HAYWOOD<br>104 BELFAST AVE<br>Lewisburg, TN 37091 | 2007 | | 4,708.18 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 1, 2010** _____  Signature  **/s/ RAY BROOKS** _____
                                                                **RAY BROOKS**
                                                                **PRESIDENT**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **ABECO DIE CASTING, INC**_____,   Case No. _____

                                  Debtor

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,015,000.00 | | |
| B - Personal Property | Yes | 10 | 792,222.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 302,584.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 725,181.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,807,222.00 | | |
| Total Liabilities | | | | 1,027,765.19 | |

.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **ABECO DIE CASTING, INC**                          ,
                          Debtor

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **ABECO DIE CASTING, INC**       ,    Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **LAND AND COMMERCIAL PROPERTY LOCATED 1424 HIGGS ROAD LEWISBURG, TN 37081** | **Fee Simple** | - | 1,015,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,015,000.00** | (Total of this page) |
| Total > | **1,015,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re **ABECO DIE CASTING, INC**        ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT WITH FIRST COMMERCE** | - | 292.00 |
| | | **CHECKING ACCOUNT WITH BANK OF FRANKEWING** | - | 3,400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **3,692.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re   **ABECO DIE CASTING, INC**                                        ,   Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

In re   **ABECO DIE CASTING, INC**       ,     Case No. _____

                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 LINCOLN TOWN CAR | - | 3,000.00 |
| | | 2003 CHEVROLET IMPALA | - | 7,000.00 |
| | | 1995 F350 FORD TRUCK DIESEL | - | 5,000.00 |
| | | 2001 F150 FORD TRUCK | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | SEE ATTACHMENT | - | 718,530.00 |
| 30. Inventory. | | MISC MAINTANCE SUPPLIES, RAW MATERIALS, CASTINGS & INPROCESS | - | 52,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 788,530.00 |
| Total > | 792,222.00 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| | | |
|---|---|---|
| Employe Locker | $ 50.00 | |
| 5 - Spendel Drill press | $ 500.00 | |
| 3. " " " | $ 300.00 | |
| Commender Drill Press | $ 200.00 | |
| 5 Spendel Drill Press | $ 500.00 | |
| 4 " " " | $ 500.00 | |
| Hass VF 3 C & C machine | $ 30.000 | |
| " " " " " | $ 20.000 | |
| 3 Station Drill machine | $ 200.00 | |
| 48" flat Belt Sander | $ 600.00 | |
| 2 open throat Belt Sander | $ 400.00 | |
| Small 4 station Drill machine | $ 200.00 | |
| Drill Press | $ 100.00 | |
| 4000 lb Hyster Electric lift | $ 2000.00 | |
| 2000 lb Clark Electric lift | $ 1000.00 | |
| 2 4 cubic ft Shot Blast Machine | $ 5000.00 | |
| Golf Spindel hanger Shot Blast Machine | $ 10.000 | |
| Commender head Drill Press | $ 500.00 | |
| " " " " | $ 500.00 | |
| 3 Spendel Drill Press | $ 200.00 | |
| 2 Verticle Sanders | $ 300.00 | |
| open throat Sander | $ 150.00 | |
| Logan Lathe | $ 500.00 | |
| 2 Vibertory Parts tumble | $ 1000.00 | |
| Drill Press | $ 50.00 | |
| Commender head Drill Press | $ 600.00 | |
| open throat Sander | $ 100.00 | |

| | | |
|---|---|---|
| | Power Matic Drill Press | $ 300.00 |
| | Power " " " | $ 200.00 |
| | " " " " | $ 100.00 |
| | open throat sander | $ 300.00 |
| | automated Drill center | $ 1000.00 |
| | Wheelebrator trach shot Blaster | $ 5000.00 |
| | floor mounted schalds | $ 1000.00 |
| | " " " | $ 1000.00 |
| | Jenny Boom Power lift | $ 3000.00 |
| | Decatey machening center | $ 5000.00 |
| | Verticle Box Parts tumbler | $ 200.00 |
| | 250 running bt Storage Rack | $ 500.00 |
| | trash compactor | $ 1000.00 |
| | stretch Rap Plastic Unit | $ 1000.00 |
| 4 | Employ cabnits | $ 100.00 |
| 4 | offere Desks | $ 100.00 |
| | Coumputer & Prenter | $ 500.00 |
| | 200 bt heavy Duty Die rack | $ 2700.00 |
| | 100 bt med Duty Die Rack | $ 700.00 |
| | front Loader Shot Blast | $ 1500.00 |
| | 150 hp air compressor | $ 5000.00 |
| | 75 " " " | $ 4000.00 |
| | 25 " " " | $ 2000.00 |
| 15 | mitel Dump hoppers | $ 750.00 |
| | Large assortment of cutteng tool & Gogee | $ 3000.00 |
| | cutteng tool cabnet | $ 200.00 |
| | mold heater | $ 2000.00 |
| | " " | $ 2000.00 |

| | |
|---|---|
| 35.000 LB melting Furnace | $ 10-000 00 |
| 6000 lb life | $ 1500 00 |
| 5000 " " | $ 1500 00 |
| 12.000 LB melting Furnace | $ 10.000 |
| 20 ton trim Press | $ 2000 00 |
| 40 " " " | $ 4000 00 |
| 1200 ton B&T Die casting machine | $ 30.000 00 |
| 3000 LB Elect melting furnace | $ 5000 00 |
| " " " " " | $ 5000 00 |
| 1600 ton castmaster Die casting machine | $ 15.000 " |
| 50 ton trim press | $ 5000 01 |
| 1200 ton B&T. Die casting machine | $ 30.000 00 |
| gas holding furnace | $ 4000 0 |
| 1000 ton castmaster Die casting machine | $ 15.000 |
| 75 ton trim Press | $ 8000 00 |
| 30 " " " | $ 3000 01 |
| 900 ton castmaster Die casting machine | $ 20.000 00 |
| 3000 lb holding furnace | $ 3000 0 |
| 50 ton trim press | $ 8000 00 |
| 1200 ton prince Die cast machine | $ 35.000 |
| " " " " " " | $ 40.000 |
| 650 ton H.P.M Die Casting machine | $ 7000 00 |
| 3   15 ton trim Presses | $ 6000 00 |
| automatic Die lube machine | $ 2000 01 |
| 750 ton B&T Die casting machine | $ 15.000 |
| 650 ton Quanton Die casting | $ 30.000 |

Page #4

| | | |
|---|---|---|
| | 600 ton Kux Die Cost machine | SCRAP |
| | 500 " castmaster Die casting machine | $7000 |
| 4 | 15 ton trim Press | $6000 |
| | 4000 toyota lift with Metal transfer lodel | $6000 |
| | 750 ton B&T Die cost machine & Furnace | $25000 |
| | 650 ton H.P.M Die cost machine & Furnace | $7500 |
| | 750 ton Prence Die cost machine & Furnace | $35.000 |
| | 15 ton over head craine with 100 ft track | $30.000 |
| | 8 ton over head craine with 200 ft track | $10.000 |
| | Cordax 1000 measurmer Unit | $6000 |
| | Desk | $25.00 |
| | assorted measuring gozla | $2000 |
| 5 | filing cabnets | $150 |
| | Band saw | $1000 |
| | Cut off saw | $50.00 |
| | 30 ton trim Press | $8000 |
| | X Ray machine | $2500 |
| | Desk | $25.00 |
| | Large verticle Drilling machine | $3000 |
| | Welder | $200 |
| | Sander | $50.0 |
| | Cut off Saw | $2500 |
| | 3 ton Jib Crane | $1000 |
| | cut off Saw | $50,00 |
| | Shot Sleeve honing machine | $1500 |
| | Electric Die lift | $1000 |
| 50 | assorted Shot Sleeve | $25.000 |

Page #5

| | | |
|---|---|---|
| Large Supply tool Room Die repair parts | $ | 8000 |
| tool Surface Grinder | $ | 500 |
| milling machine  tool Room | $ | 2000 |
| " " " " | $ | 2000 |
| " " " " | $ | 2000 |
| " " " " | $ | 2000 |
| " " " " | $ | 2000 |
| Engine lathe  " " | $ | 2000 |
| " " " " | $ | 3000 |
| " " " " | $ | 2000 |
| 12  tool Room Storage cabinets | $ | 300 |
| tool Lathe | $ | 1500 |
| tool Grinder | $ | 2000 |
| tool cut off machine | $ | 500 |
| C&C Vertical milling machine | $ | 3000 |
| 5  Break Room tables | $ | 250 |
| ice making machine | $ | 100 |
| water circulating System cooling | | |
| tower.  4 10 hyp water Pumps | $ | 10000 |
| milling machine | $ | 1500 |
| 3000 lb lift truck | $ | 1500 |
| 5000 " " " | $ | 2500 |
| 3000 " " " | $ | 3000 |
| 10 ton trim Press | $ | 1500 |
| melting Furnace gas | $ | 3000 |
| " " " | $ | 3000 |
| Holding Furnace Electric | $ | 2000 |
| " " " | $ | 2000 |
| 1000 running ft of Conveyers | $ | 1000 |

Page # 6

| Item | Amount |
|---|---|
| 30.000 LB yard list | $ 7000 00 |
| Desk | $ 25 00 |
| " | $ 25 00 |
| industrial washer | $ 200 00 |
| " Dryer | $ 300 00 |
| large assortment of Montanve supply | $ 2000 00 |
| Desk | $ 25 00 |
| " | $ 25 00 |
| 9 filing cabnets | $ 225 00 |
| Desk | $ 30 00 |
| Dell Computer & Printer | $ 100 00 |
| Conforence Room table & chair | $ 1000 00 |
| " " " | $ 50 00 |
| " " Cabnett | $ 50 00 |
| Desk | $ 25 00 |
| Coumputer work Desk | $ 200 00 |
| " & Printer | $ 500 00 |
| " Desk & work station | $ 200 00 |
| " & Printer | $ 600 00 |
| " Desk & work Station | $ 200 00 |
| " & Printer | $ 500 00 |
| 3 Filing cabnets | $ 75 00 |
| Fire proof filing cabnet | $ 1000 00 |
| 4 office supply filing cabnet | $ 125 00 |
| Coumputer Desk & work station | $ 200 00 |
| " & Printer | $ 600 00 |

Page #7

| | | |
|---|---|---|
| 2 | Filing cabnet | $ 50⁰⁰ |
| | Desk & Chear | $ 50⁰⁰ |
| | Offece copy machine | $ 200⁰⁰ |
| | Fox machene | $ 200⁰⁰ |
| | Desk | $ 25.⁰⁰ |
| 2 | filing cobnets | $ 50⁰⁰ |
| | Computer Desk | $ 100⁰⁰ |
| | " & Prenter | $ 300⁰⁰ |
| | Work Desk | $ 25⁰⁰ |
| | Desk & Book Case, exective | $ 1000⁰⁰ |
| | Computer Desk | $ 100⁰⁰ |
| | " & Prenter | $ 300⁰⁰ |
| | Zerox Blue Prent copy unet | $ 2000⁰⁰ |
| | Poper Schreader | $ 100⁰⁰ |
| 7 | fileng cobneh | $ 175⁰⁰ |
| | Exective Desk & Book ease | $ 600⁰⁰ |
| | Work Desk | $ 50⁰⁰ |
| | filing cobnet | $ 25⁰⁰ |
| | mital Spect Graf machene | $ 25.⁰⁰⁰ |
| 2 | Dishs | $ 50.⁰⁰ |
| | fileng cabneh | $ 25,⁰⁰ |

In re    **ABECO DIE CASTING, INC**                          ,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

.

In re **ABECO DIE CASTING, INC** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**3**_____ continuation sheets attached

In re    **ABECO DIE CASTING, INC**                      ,     Case No. _____

                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **RAY & DONNA BROOKS 881 TODD AVE Lewisburg, TN 37091** | - | | **UNPAID WAGES** | | | | 157,834.90 | 146,109.90 / 11,725.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     157,834.90     146,109.90 / 11,725.00

In re   **ABECO DIE CASTING, INC**
_____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | |
| **CITY OF LEWISBURG % WILLIAM HAYWOOD 104 BELFAST AVE Lewisburg, TN 37091** | - | | | | | | 4,708.18 | 0.00 / 4,708.18 |
| Account No. | | | 2008 | | | | | |
| **CITY OF LEWISBURG PO BOX 1968 Lewisburg, TN 37091** | - | | | | | | 12,592.00 | 0.00 / 12,592.00 |
| Account No. | | | 2009 | | | | | |
| **CITY OF LEWISBURG PO BOX 1968 Lewisburg, TN 37091** | - | | | | | | 10,595.00 | 0.00 / 10,595.00 |
| Account No. | | | | | | | | |
| **IRS PO BOX 21126 PHILADELPHIA PA 19114** | - | | | | | | 37,608.87 | 0.00 / 37,608.87 |
| Account No. | | | | | | | | |
| **ACS SUPPORT PO BOX 57 Bensalem, PA 19020-0057** | | | Representing: IRS | | | | **Notice Only** | |

Sheet _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00
                             65,504.05      65,504.05

In re **ABECO DIE CASTING, INC**               ,      Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts<br>Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC / Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MARSHALL CO TRUSTEE**<br>**1102 COURTHOUSE ANNEX**<br>**LEWISBURG TN 37091** | - | 2008 | | | | 28,608.00 | 0.00<br><br>28,608.00 |
| Account No.<br><br>**MARSHALL CO TRUSTEE**<br>**1102 COURTHOUSE ANNEX**<br>**LEWISBURG TN 37091** | - | 2009 | | | | 24,072.00 | 0.00<br><br>24,072.00 |
| Account No.<br><br>**MARSHALL COUNTY**<br>**% ROGER BRANDON**<br>**PO BOX 1143**<br>**Lewisburg, TN 37091** | - | 2007 | | | | 21,848.07 | 0.00<br><br>21,848.07 |
| Account No. **xxxx3536**<br><br>**TN DEPT REVENUE**<br>**C/O TN ATTY GEN BK UNIT**<br>**PO BOX 20207**<br>**NASHVILLE, TN 37202** | - | | | | | 4,717.00 | 0.00<br><br>4,717.00 |
| Account No.<br><br><br><br><br> | | | | | | | |

Sheet <u>3</u> of <u>3</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 79,245.07 | 79,245.07 |
| | Total | 146,109.90 | |
| | (Report on Summary of Schedules) | 302,584.02 | 156,474.12 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re     **ABECO DIE CASTING, INC** _____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x9728** <br><br> **AIR DRAULICS ENGINERRING CO.** <br> **P.O. BOX 1000** <br> **DEPT. #260** <br> **Memphis, TN 38148-0260** | | - | | | | | | | 119.27 |
| Account No. **xx440-G** <br><br> **AJ MEDICAL SERVICES, INC.** <br> **P.O. BOX 1403** <br> **Lewisburg, TN 37091** | | - | | | | | | | 1,115.00 |
| Account No. **xxxxxx3852** <br><br> **AMERIGAS** <br> **115 MARTIN AVE SOUTH** <br> **Lewisburg, TN 37091** | | - | | | | | | | 5,018.44 |
| Account No. **N/A** <br><br> **B & R TOOL CO.** <br> **P.O. BOX 1338** <br> **Lewisburg, TN 37091** | | - | | | | | | | 64.19 |

__10__  continuation sheets attached

Subtotal
(Total of this page)     **6,316.90**

In re  **ABECO DIE CASTING, INC**  Case No. _____
                                    ,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx0100** | | | | | | | | | |
| CFC RECYCLING, INC. P.O. BOX 1225 Tullahoma, TN 37388 | - | | | | | | | | 2,365.40 |
| Account No. **N/A** | | | | | | | | | |
| COLUMBIA FIRE EQUIPMENT P.O. BOX 821 Columbia, TN 38402-0821 | - | | | | | | | | 3,047.54 |
| Account No. **ABECO** | | | | | | | | | |
| COLUMBIA MACHINE WORKS, INC. P.O. BOX 1018 Columbia, TN 38402 | - | | | | | | | | 2,500.00 |
| Account No. **xx0844** | | | | | | | | | |
| CONCEPTUAL SYSTEMS CORPORATION P.O. BOX 292164 Nashville, TN 37229-2164 | - | | | | | | | | 643.48 |
| Account No. **x01-01** | | | | | | | | | |
| CROSS CHEMICAL COMPANY, INC. P.O. BOX 09758 Detroit, MI 48209-0758 | - | | | | | | | | 2,800.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of   Subtotal   11,356.42
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

In re  **ABECO DIE CASTING, INC**                                ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0003** | | | | | | | | |
| DELONG EQUIPMENT COMPANY 1216 ZONOLITE RD Atlanta, GA 30306 | - | | | | | | | 3,157.50 |
| Account No. **N/A** | | | | | | | | |
| DIECO TOOL & DIE P.O. BOX 3499 Florence, AL 35630 | - | | | | | | | 28,705.00 |
| Account No. **xxxxx-xxxx-CV-91** | | | | | | | | |
| DURA MOLD % ELINOR FOSTER, MARSHALL CO. COURT CLER 301 MARSHALL CO. COURTHOUSE Lewisburg, TN 37091 | - | | | | | | | 15,107.49 |
| Account No. **N/A** | | | | | | | | |
| DYNACAST, INC. P.O. BOX 911370 Dallas, TX 75391-1370 | - | | | | | | | 1,129.78 |
| Account No. **xx xBECO** | | | | | | | | |
| FALCON TOOL CO., INC. 7500 HUB PARKWAY Cleveland, OH 44125 | - | | | | | | | 1,560.51 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **49,660.28**

In re **ABECO DIE CASTING, INC** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0925** | | | | | | | |
| GARRISON SERVICE CO. 100 FERNCO DR Nashville, TN 37207 | - | | | | | | 273.32 |
| Account No. **xxx xBECO** | | | | | | | |
| GEORGIA PLATING, INC. 16100 GEORGIA PEACH AVE Covington, GA 30014 | - | | | | | | 491.23 |
| Account No. **N/A** | | | | | | | |
| GRIFFIN COOK & SONS, INC. 602 W. COMMERCE ST. Lewisburg, TN 37091 | - | | | | | | 2,736.11 |
| Account No. **N/A** | | | | | | | |
| GRIFFIN TOOL, INC. P.O. BOX 528 Stevensville, MI 49127 | - | | | | | | 2,400.00 |
| Account No. **N/A** | | | | | | | |
| H & H COMMUNICATIONS 1555 GINA LYNN DR Lewisburg, TN 37091 | - | | | | | | 60.09 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,960.75

In re **ABECO DIE CASTING, INC** _____, Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **N/A**<br><br>HARMON SCRAP METAL, LLC<br>122 OSTELLA RD<br>P.O. BOX 104<br>Cornersville, TN 37047 | - | | | | | | | | 60,413.80 |
| Account No. **xx2891**<br><br>HPM<br>820 MARION RD<br>Mount Gilead, OH 43338 | - | | | | | | | | 487.14 |
| Account No. **N/A**<br><br>I SQUARED R ELEMENT CO., INC.<br>P.O. BOX 390<br>Akron, NY 14001-0390 | - | | | | | | | | 2,255.04 |
| Account No. **x7016**<br><br>INDUSTRIAL DISTRIBUTION GROUP<br>P.O. BOX 671555<br>Dallas, TX 75267-1555 | - | | | | | | | | 126.65 |
| Account No. **xxxxx xBECO**<br><br>INDUSTRIAL PRODUCTS COMPANY<br>P.O. BOX 102760<br>Atlanta, GA 30368-2760 | - | | | | | | | | 550.45 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,833.08

In re  **ABECO DIE CASTING, INC**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **N/A** | | | | | | | | |
| **J & G EQUIPMENT COMPANY** **1600 KINNARD DR.** **Franklin, TN 37064** | - | | | | | | | **4,956.60** |
| Account No. **xBE00** | | | | | | | | |
| **J & K INDUSTRIAL SUPPLY, INC.** **232 AIRPORT RD.** **Gallatin, TN 37066** | - | | | | | | | **157.59** |
| Account No. **N/A** | | | | | | | | |
| **JAMES L. BUBBA WEST** **280 BOONSHILL RD** **Fayetteville, TN 37334** | - | | | | | | | **1,753.25** |
| Account No. **N/A** | | | | | | | | |
| **JOHNSON & SCOTT INC.** **P.O. BOX 100825** **Nashville, TN 37224-0825** | - | | | | | | | **213.09** |
| Account No. **N/A** | | | | | | | | |
| **JOHNSON BOLT AND SCREW, INC.** **1101 E. DEPOT ST.** **Shelbyville, TN 37160** | - | | | | | | | **198.54** |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,279.07**

In re **ABECO DIE CASTING, INC** ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **N/A** | | | | | | | | |
| KAY SANDS 5162 DIANA RD Pulaski, TN 38478 | | - | | | | | | 2,613.50 |
| Account No. **xxxx3PHY** | | | | | | | | |
| KENNETH PHELPS, MD & ASSOCIATES 304 WEST CHURCH ST. Lewisburg, TN 37091 | | - | | | | | | 2,235.00 |
| Account No. **N/A** | | | | | | | | |
| KJI ELECTRIC MOTOR SERVICE, INC. 1741 HOGSFOOT RD Liberty, TN 37095 | | - | | | | | | 537.11 |
| Account No. **xxxx05-01** | | | | | | | | |
| LEWIS SUPPLY COMPANY P.O. BOX 404130 Atlanta, GA 30384 | | - | | | | | | 1,789.26 |
| Account No. **ABEDIE** | | | | | | | | |
| LEWISBURG INDUSTRIAL & WELDING P.O. BOX 217 Lewisburg, TN 37091 | | - | | | | | | 3,730.11 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **10,904.98**

In re  **ABECO DIE CASTING, INC**                                   ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **N/A** <br><br>**MARSHALL MEDICAL CENTER** <br>P.O. BOX 1609 <br>Lewisburg, TN 37091 | | - | | | | | | 112.50 |
| Account No. **N/A** <br><br>**METAL STRATEGIES, LLC** <br>P.O. BOX 11464 <br>Chattanooga, TN 37401 | | - | | | | | | 66,816.64 |
| Account No. <br><br>**MCKOON, WILLIAMS & HAUN** <br>PO BOX 6068 <br>Chattanooga, TN 37401 | | | | Representing: <br>**METAL STRATEGIES, LLC** | | | | Notice Only |
| Account No. **N/A** <br><br>**NATIONAL EQUIPMENT CO.** <br>1136 4TH AVE. SOUTH <br>Nashville, TN 37210-2506 | | - | | | | | | 292.13 |
| Account No. **N/A** <br><br>**NORTHERN IRON & MACHINE** <br>P.O. BOX 9201 <br>Minneapolis, MN 55480-9201 | | - | | | | | | 800.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **68,021.27**

In re **ABECO DIE CASTING, INC** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ABECDC** | | | | | | | | | |
| PORTER WALKER, INC. P.O. BOX 519 Columbia, TN 38402-0519 | | - | | | | | | | 271.90 |
| Account No. **N/A** | | | | | | | | | |
| QUALITY MOLD & DIE CO., INC. P.O. BOX 342 Cherokee, AL 35616 | | - | | | | | | | 26,230.00 |
| Account No. **N/A** | | | | | | | | | |
| RMT TECHNOLOGY 3131 RANDOLPH ST. Bellwood, IL 60104-1802 | | - | | | | | | | 466.53 |
| Account No. **A000** | | | | | | | | | |
| SCT SYSTEMS, INC. 2049 NASHVILLE HWY. Columbia, TN 38401 | | - | | | | | | | 210.00 |
| Account No. **N/A** | | | | | | | | | |
| SECOA TECHNOLOGY, LLC 205 BEAR CREEK RD Dalton, GA 30721 | | - | | | | | | | 539.33 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **27,717.76**

In re **ABECO DIE CASTING, INC** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> SEMCO, INC. <br> P.O. BOX 561 <br> Marion, OH 43301-0561 | - | | | | | | 6,085.29 |
| Account No. **ABECO** <br><br> SEXTON WELDING SUPPLY INC. <br> 3815 GOVERNORS DR, WEST <br> Huntsville, AL 35805 | - | | | | | | 220.27 |
| Account No. **xxEC00** <br><br> SHAPIRO METALS <br> 601 EAST RED BUD <br> Saint Louis, MO 63147 | - | | | | | | 417,683.92 |
| Account No. **xx4969** <br><br> SPECTRO ANALYTICAL INSTRUMENTS <br> P.O. BOX 200957 <br> Houston, TX 77216-0957 | - | | | | | | 5,514.42 |
| Account No. **N/A** <br><br> SYNEX, INC. <br> P.O. BOX 2216 <br> Newnan, GA 30264 | - | | | | | | 380.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

429,883.90

In re  **ABECO DIE CASTING, INC**                                        ,    Case No. _____
_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ABECO**<br><br>TENNESSEE SCALE WORKS, INC.<br>P.O. BOX 90127<br>Nashville, TN 37209-0127 | - | | | | | | 423.06 |
| Account No. **N/A**<br><br>THERMAL PRODUCTS COMPANY, INC.<br>4520 S. BERKELEY LAKE RD<br>Norcross, GA 30071-1639 | - | | | | | | 1,869.24 |
| Account No. **2002**<br><br>TNWEB, LLC<br>P.O. BOX 1542<br>Lewisburg, TN 37091 | - | | | | | | 415.14 |
| Account No. **N/A**<br><br>TRACE DIE CAST<br>2512 RELIABLE PKWY.<br>Chicago, IL 60686 | - | | | | | | 41,539.32 |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 44,246.76 |
| Total<br>(Report on Summary of Schedules) | | 725,181.17 |

.

In re   **ABECO DIE CASTING, INC**          ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **ABECO DIE CASTING, INC**       ,     Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0** \_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **ABECO DIE CASTING, INC**          Case No.

                               Debtor(s)       Chapter    **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: ONLY INCLUDE information directly related to the business operation.)

## PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:         $    **931,224.30**

## PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income        $    **77,128.51**

## PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)  $ | **14,538.57** |
| 4. Payroll Taxes | **2,723.05** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **912.54** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **14,081.15** |
| 12. Office Expenses and Supplies | **1,173.71** |
| 13. Repairs and Maintenance | **1,575.42** |
| 14. Vehicle Expenses | **183.77** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **628.81** |
| 17. Legal/Accounting/Other Professional Fees | **380.14** |
| 18. Insurance | **1,634.77** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

       DESCRIPTION                    TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **OUTSIDE SERVICES** | **411.30** |
| **MISC EXPENSES** | **394.61** |

    22. Total Monthly Expenses (Add items 3-21)        $    **38,637.84**

## PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    **38,490.67**

# United States Bankruptcy Court
## Middle District of Tennessee

In re __ABECO DIE CASTING, INC__

Debtor(s)

Case No. _____

Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___31___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 1, 2010__

Signature __/s/ RAY BROOKS__

**RAY BROOKS**
**PRESIDENT**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **ABECO DIE CASTING, INC**                      Case No.

                                         Debtor(s)          Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$694,156.62** | **2010 APPROX YTD GROSS INCOME** |
| **$1,164,992.00** | **2009 GROSS INCOME PER TAX RETURN** |
| **$4,814,803.00** | **2008 GROSS INCOME PER TAX RETURN** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                 SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| DURA MOLD<br>% ELINOR FOSTER, MARSHALL CO. COURT CLER<br>301 MARSHALL CO. COURTHOUSE<br>Lewisburg, TN 37091 | WEEKLY PAYMENT $350.00 | $4,200.00 | $15,107.49 |

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| METAL STRATEGIES, LLC<br>vs<br>ABECO DIE CASTING CO, INC<br><br>CASE # 10-0627 | UNPAID DEBT | HAMILTON COUNTY CHANCERY COURT | PENDING |
| THE CITY OF LEWISBURG<br>vs<br>DEBTOR<br><br>CASE # 15111 | UNPAID TAXES | MARSHALL COUNTY CHANCERY COURT | PENDING |
| MARSHALL COUNTY<br>vs<br>DEBTOR<br><br>CASE # 15064 | UNPAID TAXES | MARSHALL COUNTY CHANCERY COURT | PENDING |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEFKOVITZ & LEFKOVITZ**<br>**618 CHURCH ST., #410**<br>**NASHVILLE, TN 37219** | **10/1/2010** | **$7,500.00 + COURT COSTS** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ABECO DIE CASTING, INC** | 62-111173007 | 1424 HIGGS ROAD Lewisburg, TN 37091 | ALUMINUM DIE CASTINGS | 1977-PRESENT |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED
**JAMES L. BUBBA WEST**                             **TAXES ONLY FOR APPROX LAST 8**
**280 BOONSHILL ROAD**                              **YEARS**
**Fayetteville, TN 37334**

**JENNIFER HOLT**                                   **BOOKEEPING FOR APPROX 8 YEARS**

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **RAY BROOKS** | **PRESIDENT** | **90% OWNERSHIP IN BUSINESS** |
| **DONNA BROOKS** | **SEC./TREASURER** | **10% OWNERSHIP IN BUSINESS** |

## 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None

■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None

■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  <u>**October 1, 2010**</u>         Signature  <u>**/s/ RAY BROOKS**</u>

                                                     **RAY BROOKS**
                                                     **PRESIDENT**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Tennessee

In re **ABECO DIE CASTING, INC** , Case No. _____

Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **DONNA BROOKS** | **SEC/TREASURER** | | **10% OWNERSHIP** |
| **RAY BROOKS** | **PRESIDENT** | | **90% OWNERSHIP** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

  I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**October 1, 2010**_____  Signature_**/s/ RAY BROOKS**_____

                 **RAY BROOKS**
                 **PRESIDENT**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **ABECO DIE CASTING, INC** _____  Case No. _____

_____ Debtor(s)  Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October  1, 2010** _____  **/s/ RAY BROOKS** _____

**RAY BROOKS**/**PRESIDENT**
Signer/Title

ABECO DIE CASTING, INC
PO BOX 2697
LEWISBURG TN 37091

COLUMBIA FIRE EQUIPMENT
P.O. BOX 821
COLUMBIA TN 38402-0821

ABECO DIE CASTING, INC -
GEORGIA PLATING, INC.
16100 GEORGIA PEACH AVE
COVINGTON GA 30014

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
618 CHURCH ST., #410
NASHVILLE, TN 37219

COLUMBIA MACHINE WORKS, INC.
P.O. BOX 1018
COLUMBIA TN 38402

GRIFFIN COOK & SONS, INC.
602 W. COMMERCE ST.
LEWISBURG TN 37091

ACS SUPPORT
PO BOX 57
BENSALEM PA 19020-0057

CONCEPTUAL SYSTEMS CORPORATION
P.O. BOX 292164
NASHVILLE TN 37229-2164

GRIFFIN TOOL, INC.
P.O. BOX 528
STEVENSVILLE MI 49127

AIR DRAULICS ENGINERRING CO.
P.O. BOX 1000
DEPT. #260
MEMPHIS TN 38148-0260

CROSS CHEMICAL COMPANY, INC.
P.O. BOX 09758
DETROIT MI 48209-0758

H & H COMMUNICATIONS
1555 GINA LYNN DR
LEWISBURG TN 37091

AJ MEDICAL SERVICES, INC.
P.O. BOX 1403
LEWISBURG TN 37091

DELONG EQUIPMENT COMPANY
1216 ZONOLITE RD
ATLANTA GA 30306

HARMON SCRAP METAL, LLC
122 OSTELLA RD
P.O. BOX 104
CORNERSVILLE TN 37047

AMERIGAS
115 MARTIN AVE SOUTH
LEWISBURG TN 37091

DIECO TOOL & DIE
P.O. BOX 3499
FLORENCE AL 35630

HPM
820 MARION RD
MOUNT GILEAD OH 43338

B & R TOOL CO.
P.O. BOX 1338
LEWISBURG TN 37091

DURA MOLD
% ELINOR FOSTER, MARSHALL CO. COURT CLER
301 MARSHALL CO. COURTHOUSE
LEWISBURG TN 37091

I SQUARED R ELEMENT CO., INC
P.O. BOX 390
AKRON NY 14001-0390

CFC RECYCLING, INC.
P.O. BOX 1225
TULLAHOMA TN 37388

DYNACAST, INC.
P.O. BOX 911370
DALLAS TX 75391-1370

INDUSTRIAL DISTRIBUTION GROU
P.O. BOX 671555
DALLAS TX 75267-1555

CITY OF LEWISBURG
% WILLIAM HAYWOOD
104 BELFAST AVE
LEWISBURG TN 37091

FALCON TOOL CO., INC.
7500 HUB PARKWAY
CLEVELAND OH 44125

INDUSTRIAL PRODUCTS COMPAN
P.O. BOX 102760
ATLANTA GA 30368-2760

CITY OF LEWISBURG
PO BOX 1968
LEWISBURG TN 37091

GARRISON SERVICE CO.
100 FERNCO DR
NASHVILLE TN 37207

IRS
PO BOX 21126
PHILADELPHIA PA 19114

J & G EQUIPMENT COMPANY
1600 KINNARD DR.
FRANKLIN TN 37064

MARSHALL CO TRUSTEE
1102 COURTHOUSE ANNEX
LEWISBURG TN 37091

ABECO DIE CASTING, INC -
RMT TECHNOLOGY
3131 RANDOLPH ST.
BELLWOOD IL 60104-1802

J & K INDUSTRIAL SUPPLY, INC.
232 AIRPORT RD.
GALLATIN TN 37066

MARSHALL COUNTY
% ROGER BRANDON
PO BOX 1143
LEWISBURG TN 37091

SCT SYSTEMS, INC.
2049 NASHVILLE HWY.
COLUMBIA TN 38401

JAMES L. BUBBA WEST
280 BOONSHILL RD
FAYETTEVILLE TN 37334

MARSHALL MEDICAL CENTER
P.O. BOX 1609
LEWISBURG TN 37091

SECOA TECHNOLOGY, LLC
205 BEAR CREEK RD
DALTON GA 30721

JOHNSON & SCOTT INC.
P.O. BOX 100825
NASHVILLE TN 37224-0825

MCKOON, WILLIAMS & HAUN
PO BOX 6068
CHATTANOOGA TN 37401

SEMCO, INC.
P.O. BOX 561
MARION OH 43301-0561

JOHNSON BOLT AND SCREW, INC.
1101 E. DEPOT ST.
SHELBYVILLE TN 37160

METAL STRATEGIES, LLC
P.O. BOX 11464
CHATTANOOGA TN 37401

SEXTON WELDING SUPPLY INC.
3815 GOVERNORS DR, WEST
HUNTSVILLE AL 35805

KAY SANDS
5162 DIANA RD
PULASKI TN 38478

NATIONAL EQUIPMENT CO.
1136 4TH AVE. SOUTH
NASHVILLE TN 37210-2506

SHAPIRO METALS
601 EAST RED BUD
SAINT LOUIS MO 63147

KENNETH PHELPS, MD & ASSOCIATES
304 WEST CHURCH ST.
LEWISBURG TN 37091

NORTHERN IRON & MACHINE
P.O. BOX 9201
MINNEAPOLIS MN 55480-9201

SPECTRO ANALYTICAL INSTRUME
P.O. BOX 200957
HOUSTON TX 77216-0957

KJI ELECTRIC MOTOR SERVICE, INC.
1741 HOGSFOOT RD
LIBERTY TN 37095

PORTER WALKER, INC.
P.O. BOX 519
COLUMBIA TN 38402-0519

SYNEX, INC.
P.O. BOX 2216
NEWNAN GA 30264

LEWIS SUPPLY COMPANY
P.O. BOX 404130
ATLANTA GA 30384

QUALITY MOLD & DIE CO., INC.
P.O. BOX 342
CHEROKEE AL 35616

TENNESSEE SCALE WORKS, INC
P.O. BOX 90127
NASHVILLE TN 37209-0127

LEWISBURG INDUSTRIAL & WELDING
P.O. BOX 217
LEWISBURG TN 37091

RAY & DONNA BROOKS
881 TODD AVE
LEWISBURG TN 37091

THERMAL PRODUCTS COMPANY,IN
4520 S. BERKELEY LAKE RD
NORCROSS GA 30071-1639

ABECO DIE CASTING, INC -
TN DEPT REVENUE
C/O TN ATTY GEN BK UNIT
PO BOX 20207
NASHVILLE TN 37202


TNWEB, LLC
P.O. BOX 1542
LEWISBURG TN 37091


TRACE DIE CAST
2512 RELIABLE PKWY.
CHICAGO IL 60686

# United States Bankruptcy Court
## Middle District of Tennessee

In re **ABECO DIE CASTING, INC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ABECO DIE CASTING, INC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

October 1, 2010

Date

/s/ Steven L. Lefkovitz

**Steven L. Lefkovitz 5953**

Signature of Attorney or Litigant
Counsel for **ABECO DIE CASTING, INC**
**LEFKOVITZ & LEFKOVITZ**
**618 CHURCH ST., #410**
**NASHVILLE, TN 37219**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**